# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2014

147487 & (20)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROGER BRIAN HESS,
      Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147487
COA: 312244
Oakland CC: 2001-177490-FC

_____/

      On order of the Court, the application for leave to appeal the June 28, 2013 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Oakland Circuit Court for an evidentiary hearing on the defendant's motion for relief from judgment. The trial court abused its discretion in denying the defendant's motion for relief from judgment based on MCR 6.502(G) without assessing whether the newly discovered evidence would make a different result probable on retrial. *People v Cress*, 468 Mich 678, 682 (2003). On remand, if the trial court so finds, the defendant's motion for a new trial shall be granted.

      We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2014



p0122

Clerk